IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIANNA HENSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-3044 |
| | ) |
| UNITED PARCEL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Defendant, United Parcel Service, Inc. ("UPS" or "Defendant"), hereby serves notice of removal of this state court action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 to the United States District Court for the Southern District of Indiana, Indianapolis Division.

**I.     Timeliness of Removal**

1. On or about October 16, 2020, Plaintiff Dianna Henson ("Plaintiff") filed a civil action against Defendant in the Marion County Superior Court, Docket No. 49D10-2010-CT-036772. Copies of the Summons and Complaint are attached as Exhibit A, as required under 28 U.S.C. § 1446(a). Also included with Exhibit A are the Notice of Return of Service of Summons, appearances by counsel, Defendant's Notice of Initial Enlargement of Time, and Order Granting Initial Enlargement of Time. These represent all of the state court filings in this action.

2. Defendant was served with the Complaint on October 21, 2020, as demonstrated by the Notice of Return of Service of Summons. (*See* Exhibit A).

3. Accordingly, Defendant is timely filing this Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

**II.     Venue**

4.      The Marion County Superior Court is located within the Indianapolis Division of the United States District Court for the Southern District of Indiana. 28 U.S.C. § 94(b)(1). Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**III.    Basis for Removal:  Federal Question Jurisdiction**

5.      This action is properly removable under 28 U.S.C. § 1441(a), because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.      Plaintiff's Complaint alleges that Defendant violated Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e, *et seq*., and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 12201, *et seq*., as amended.  (*See* Exhibit A).

7.      By asserting claims under federal law, namely, Title VII and the ADEA, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331.  Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

8.      Additionally, Plaintiff's Complaint asserts a claim under the Indiana Wage Payment Statute.  The Court has supplemental jurisdiction over such claim, as it is so related to Plaintiff's federal claims within the Court's original jurisdiction, that it forms part of the same case or controversy pursuant to 28 U.S.C. § 1367.

**IV.    Conclusion**

9.      Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice with the Clerk

of the Marion County Superior Court.

10. Nothing in this Notice of Removal should be construed as an admission or acknowledgment of liability or that Plaintiff is entitled to any damages. By filing this Notice of Removal, Defendant does not waive any available defenses.

WHEREFORE, Defendant respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove from the Marion County Superior Court to the United States District Court for the Southern District of Indiana.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   *s/ Theresa R. Parish*
    Theresa R. Parish, Atty. No. 27996-49
    Christina M. Kamelhair, Atty. No 32457-49
    111 Monument Circle, Suite 4600
    Indianapolis, IN  46204
    Telephone: (317) 916-1300
    Facsimile: (317) 916-9076
    *theresa.parish@ogletree.com*
    *christina.kamelhair@ogletree.com*

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, a copy of the foregoing *Notice of Removal* was filed electronically, and a copy of this filing was sent to the following, via First Class U.S. mail, postage prepaid:

Aaron J. Williamson
Williamson Civil Law, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
*aaron.williamson@wcivillaw.com*

*s/ Theresa R. Parish*

45020166.1