# EXHIBIT A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Dianna Henson v. United Parcel Service, Inc.

| Case Number | 49D10-2010-CT-036772 |
|---|---|
| Court | Marion Superior Court, Civil Division 10 |
| Type | CT - Civil Tort |
| Filed | 10/16/2020 |
| Status | 10/16/2020 , Pending  (active) |

## Parties to the Case

**Defendant**  United Parcel Service, Inc.

| Address | 135 North Pennsylvania Street<br>Suite 1610<br>Indianapolis, IN 46204 |
|---|---|
| Attorney | Christopher C. Murray<br>*#2622149, Lead, Retained*<br><br>OGLETREE, DEAKINS NASH SMOAK & STEWART PC<br>111 Monument Circle<br>Suite 4600<br>INDIANAPOLIS, IN 46204<br>317-916-1300(W) |
| Attorney | Theresa Parish<br>*#2799649, Retained*<br><br>Olgetree Deakins Nash Smoak & Stewart P.C.<br>111 Monument Circle<br>Suite 4600<br>Indianapolis, IN 46204<br>317-916-1300(W) |

**Plaintiff**    Henson, Dianna

| Address | 1050 N Alton Ave<br>Indianapolis, IN 46222 |
|---|---|
| Attorney | Aaron Jamaal Williamson<br>*#3280349, Retained*<br><br>8888 Keystone XING<br>STE 1300<br>Indianapolis, IN 46240<br>317-434-0370(W) |

## Chronological Case Summary

| 10/16/2020 | **Case Opened as a New Filing** |
|---|---|

| 10/19/2020 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint for Damages

| Filed By: | Henson, Dianna |
|---|---|
| File Stamp: | 10/16/2020 |

| 10/19/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Henson, Dianna |
| | File Stamp: | 10/19/2020 |

| 10/19/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance by Attorney in Civil Case | |
| | For Party: | Henson, Dianna |
| | File Stamp: | 10/19/2020 |

| 10/21/2020 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Notice of Return of Service | |
| | Filed By: | Henson, Dianna |
| | File Stamp: | 10/21/2020 |

| 11/04/2020 | **Appearance Filed** | |
|---|---|---|
| | TRP Appearance | |
| | For Party: | United Parcel Service, Inc. |
| | File Stamp: | 11/04/2020 |

| 11/04/2020 | **Appearance Filed** | |
|---|---|---|
| | CMK Appearance | |
| | For Party: | United Parcel Service, Inc. |
| | File Stamp: | 11/04/2020 |

| 11/04/2020 | **Notice Filed** | |
|---|---|---|
| | Notice of Initial Enlargement | |
| | Filed By: | United Parcel Service, Inc. |
| | File Stamp: | 11/04/2020 |

| 11/04/2020 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Up to and including December 14, 2020. | |
| | Judicial Officer: | Dreyer, David J |
| | Order Signed: | 11/04/2020 |

| 11/05/2020 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 11/4/2020 : Aaron Jamaal Williamson;Christopher C. Murray;Theresa Parish | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Henson, Dianna**
Plaintiff

**Balance Due** (as of 11/19/2020)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 10/19/2020 | Transaction Assessment | 157.00 |
| 10/19/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:20-cv-03044-JMS-DML 49D10-2010-CT-036772 20/20 Page 5 of 26 PageID #: 8  Filed 10/6/2020 5:37 PM
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 10

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: |

| | |
|---|---|
| DIANNA HENSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED PARCEL SERVICE | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

## I.    INTRODUCTION

Plaintiff, Dianna Henson (hereinafter "Henson") brings this action against Defendant, United Parcel Service ("UPS" or the "Defendant") for violations of Title VII of the Civil Rights Act of 1964 (Title VII) (42 U.S.C. §2000e), the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. 12201 *et seq.*, and the Indiana Wage Payment Statute.

Defendant hired Henson as a part-time loader. In March of 2019, Jawan (last name unknown) became Henson's supervisor. Jawan supervised six or seven employees including Henson. Henson was the only female employee Jawan supervised and the only employee over the age of forty. Jawan almost immediately began targeting Henson. His repeated harassment ultimately lead to her termination on October 10, 2019. Henson grieved her termination and was ultimately reinstated on October 21, 2019. Jawan's harassment continued until Henson was constructively discharged on April 9, 2020.

## I.    PARTIES

1.      During the period relevant to this Complaint, Henson resided in Indianapolis, Marion County, Indiana.

2.      During the period relevant to this Complaint, UPS was a corporation duly organized and existing under the laws of the state of Ohio, whose principal place of business was in Atlanta, Georgia, and was licensed to and conducted business in the state of Indiana.

## II.    JURISDICTION AND VENUE

3.      This Court has jurisdiction over this action pursuant to Ind. Code -29-1-1.5(1).

4.      Venue is proper in this Court because Henson resides in Indianapolis, Marion County, Indiana.

## III.    CONDITIONS PRECEDENT

5.      On November 7, 2019, Henson timely filed a charge of sex discrimination, age discrimination, and retaliation with the Indiana Civil Rights Commission (hereinafter "ICRC").

6.      On July 20, 2020, the ICRC issued Henson a Notice of Right to Sue. This Complaint has been field within 90 days of receipt of that notice. Henson has fully complied with all prerequisites to jurisdiction in this Court under Title VII.

## IV.    *FACTUAL ALLEGATIONS*

7.     Henson is a woman who resides in Indianapolis, Marion County, Indiana.

8.     Henson is fifty (50) years old.

9.     Henson was an employee at UPS, as defined by 42 U.S.C.A. § 2000e(b) (hereinafter "Title VII").

10.    UPS is an employer as defined by Title VII.

11.    On September 24, 2018, Henson began working for UPS as a part-time loader.

12.    In March of 2019, Henson began reporting to Jawan (last name unknown).

13.    Jawan was under the age of 30.

14.    Jawan began harassing Henson based on her age.

15.    Jawan began harassing Henson based on her sex.

16.    Henson's younger co-workers began harassing Henson because of her age.

17.    Henson's male co-worker's began harassing Henson based on her sex.

18.    Henson made multiple reports to UPS regarding her supervisor and co-worker's harassment.

19.    Jawan continued harassing Henson after her reports to UPS.

3

20.     Henson's co-worker's continued harassing Henson after her reports to UPS.

21.     UPS failed to pay Henson her grievance pay from June of 2019.

22.     On September 9, 2019, Henson again reported Jawan's harassment. Specifically, she reported his continued conduct to her Union Steward, Cary (last name unknown) and UPS Human Resources officer, Josh Davis.

23.     Henson complained that Jawan's conduct was based on her sex and her age.

24.     On September 25, 2019, Henson again reported Jawan's harassing conduct.

25.     On October 10, 2019, UPS terminated Henson.

26.     Henson successfully grieved her termination and UPS reinstated her employment.

27.     Upon her return, Henson's co-worker's and supervisor continued harassing Henson.

28.     In October 2019, Henson was denied a driver test required for her to be promoted to a UPS driver.

29.     On April 9, 2020, Henson was constructively discharged.

## V.   *PRAYER FOR RELIEF*

WHEREFORE, Plaintiff, Dianna Henson, respectfully requests judgment as follows:

1. Accept jurisdiction over this matter;

2. Award Henson her past and future loss of wages and benefits, plus interest;

3. Award Henson her liquated damages incurred in connection with this action, equal to the sum amount of backpay and interest;

4. Award Henson all costs and reasonable attorney's fees incurred in connection with this action;

5. Award Henson compensatory damages;

6. Award Henson punitive damages; and

7. Grant Henson such additional or alternative relief as the Court deems just and proper.

## *JURY DEMAND*

Henson demands a trial by jury on all claims properly triable by a jury.

Respectfully submitted

_____

Aaron J. Williamson
Attorney No. 32803-49
WILLIAMSON CIVIL LAW, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
(317) 434-0370
Facsimile: 765.204.7161
aaron.williamson@wcivillaw.com

STATE OF INDIANA )        IN THE MARION COUNTY SUPERIOR COURT
                 )SS:
COUNTY OF MARION )        CAUSE NO.: 49D10-2010-CT-036772

DIANNA HENSON                    )
                                 )
            Plaintiff,           )
                                 )
    v.                           )
                                 )
UNITED PARCEL SERVICE            )
                                 )
            Defendants.          )

## SUMMONS

TO DEFENDANT:        United Parcel Service
                     c/o Corporation Service Company
                     135 North Pennsylvania St., Ste. 1610
                     Indianapolis, IN 46204

        You are hereby notified that you have been sued by the persons named as Plaintiff and in the Court indicated above.

        The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

        An Answer or other appropriate response in writing to the Complaint must be field either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiffs.

        If you have claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written Answer.

Dated 10/19/2020

_____
CLERK, Greene County Superior Court

SEAL
MARION COUNTY COURTS
INDIANA

The following manner of service of Summons is hereby designated:

___X___ Registered or Certified Mail
_____ Service on individual at above address: County
_____ Service on Agent: (specify)
_____ Service by Publication


Aaron J. Williamson
WILLIAMSON CIVIL LAW, LLC
8888 Keystone Crossing
Suite 1300
Indianapolis, IN 46240
Telephone: 317.434.0370
Facsimile: 765.204.7161
aaron.williamson@wcivillaw.com

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, on October 19, 2020, addressed to:

United Parcel Service
c/o Corporation Service Company
135 North Pennsylvania St., Ste. 1610
Indianapolis, IN 46204

_____

Aaron J. Williamson
Attorney No. 32803-49
WILLIAMSON CIVIL LAW, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
(317) 434-0370
Facsimile: 765.204.7161
aaron.williamson@wcivillaw.com

STATE OF INDIANA )   IN THE MARION COUNTY SUPERIOR COURT
)SS:
COUNTY OF MARION )   CAUSE NO.: 49D10-2010-CT-036772

DIANNA HENSON )
)
        Plaintiff, )
)
    v. )
)
UNITED PARCEL SERVICE )
)
        Defendants. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification**:   Initiating: ☒   Responding: ☐   Intervening: ☐

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Dianna Henson

2.    Applicable attorney information for service as required by Trial Rule 5(B) (2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

3.    Name:    Aaron J. Williamson        Atty. Number: 32803-49

        Address:  8888 Keystone Crossing      Phone: 317.434.0370
                    Suite 1300                  Fax: 765.204.7161
                    Indianapolis, IN 46240      Email: aaron.williamson@wcivillaw.com

4.    There are other party members:  Yes ☐   No ☒ (*If yes, list on continuation page.*)

5.    *If first initiating party filing this case,* the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

6.    I will accept service by FAX at the above noted number: Yes ☐   No ☒

7.    This case involves support issues:  Yes ☐   No ☒  (*If yes, supply social security numbers for all family members on continuation page.*)

8.    There are related cases:  Yes ☐   No ☒

9.    This form has been served on all other parties. Certificate of Service is attached: Yes ☐   No ☒

10.    Additional information required by local rule:  **None**

Respectfully submitted

_____

Aaron J. Williamson
Attorney No. 32803-49
WILLIAMSON CIVIL LAW, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
(317) 434-0370
Facsimile: 765.204.7161
aaron.williamson@wcivillaw.com

STATE OF INDIANA            )       IN THE MARION COUNTY SUPERIOR COURT
                           )SS:
COUNTY OF MARION           )       CAUSE NO.: 49D10-2010-CT-036772

DIANNA HENSON                      )
                                   )
                Plaintiff,         )
                                   )
        v.                         )
                                   )
UNITED PARCEL SERVICE              )
                                   )
                Defendants.        )

## NOTICE OF RETURN OF SERVICE OF SUMMONS

The undersigned certifies that the service of process (summons, appearance, and a copy of the complaint) was returned served dated October 21, 2020 by certified mail. Defendant was served by certified mail addressed to the Defendant United Parcel Service, c/o Corporation Service Company, 135 North Pennsylvania St., Ste. 1610, Indianapolis, IN 46204 (attached hereto as Exhibit A).

Under penalty of perjury, I declare that the foregoing is true and accurate.

Date: October 21, 2020                    Respectfully submitted

                                          _____
                                          Aaron J. Williamson, #32803-49
                                          WILLIAMSON CIVIL LAW, LLC
                                          8888 Keystone Crossing
                                          Suite 1300
                                          Indianapolis, IN 46240
                                          Telephone: 317.434.0370
                                          Facsimile: 765.204.7161
                                          aaron.williamson@wcivillaw.com

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, on October 21, 2020, addressed to:

United Parcel Service
c/o Corporation Service Company
135 North Pennsylvania St., Ste. 1610
Indianapolis, IN 46204

_____
Aaron J. Williamson, #32803-49
WILLIAMSON CIVIL LAW, LLC
8888 Keystone Crossing
Suite 1300
Indianapolis, IN 46240
Telephone: 317.434.0370
Facsimile: 765.204.7161
aaron.williamson@wcivillaw.com

**UNITED STATES
POSTAL SERVICE**

October 21, 2020

Dear Aaron Williamson:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 1810 0000 4462 7903**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 21, 2020, 9:56 am |
| **Location:** | INDIANAPOLIS, IN 46204 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 3.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 135 N PENNSYLVANIA ST STE 1610 |
| **City, State ZIP Code:** | INDIANAPOLIS, IN 46204-2448 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

STATE OF INDIANA ) IN THE MARION SUPERIOR COURT
)
COUNTY OF MARION ) CAUSE NO. 49D10-2010-CT-036772

DIANNA HENSON, )
)
Plaintiff, )
)
v. )
)
UNITED PARCEL SERVICE, )
)
Defendant. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification**:**  Initiating: ☐  Responding: ☒  Intervening: ☐

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  United Parcel Service, Inc.

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name: Theresa R. Parish                           Atty. No. 27996-49
    Ogletree Deakins Nash Smoak & Stewart, P.C.
    111 Monument Circle, Suite 4600                   Phone: (317) 916-1300
    Indianapolis, IN  46204-5402                      FAX:   (317) 916-9076
    Email: Theresa.parish@ogletreedeakins.com

3.  There are other party members:       Yes ☐ No ☒  (*If yes, list on continuation page.*)

4.  If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):
    Not Applicable

5.  I will accept service by FAX at the above noted number: Yes ☐ No ☒

6.  This case involves support issues: Yes ☐   No ☒  (*If yes, supply social security numbers for all family members on continuation page.*)

7.  There are related cases:  Yes ☐    No ☒

8.  This form has been served on all other parties.  Certificate of Service is attached: Yes ☒  No ☐

9.      Any additional information required by local rule: Not Applicable

*/s/ Theresa R. Parish*
Theresa R. Parish

Ogletree, Deakins, Nash, Smoak & Stewart
111 Monument Circle, Suite 4600
Indianapolis, Indiana  46204
Telephone:  317.916.1300
Facsimile:   317.916.9076

## **CERTIFICATE OF SERVICE**

I certify that on November 4, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS), and that the foregoing document was served upon the following person via IEFS:

Aaron J. Williamson
Williamson Civil Law, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
*aaron.williamson@wcivillaw.com*

*/s/ Theresa R. Parish*

44841568.1

STATE OF INDIANA       )          IN THE MARION SUPERIOR COURT
                            )
COUNTY OF MARION     )          CAUSE NO. 49D10-2010-CT-036772

DIANNA HENSON,        )
                            )
            Plaintiff,     )
                            )
        v.             )
                            )
UNITED PARCEL SERVICE,  )
                            )
         Defendant.    )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification**:**  Initiating: ☐    Responding: ☒    Intervening: ☐

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  United Parcel Service, Inc.

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name: Christina M. Kamelhair            Atty. No. 32457-49
          Ogletree Deakins Nash Smoak & Stewart, P.C.
          111 Monument Circle, Suite 4600      Phone: (317) 916-1300
          Indianapolis, IN  46204-5402          FAX:  (317) 916-9076
          Email: christina.kamelhair@ogletreedeakins.com

3.    There are other party members:    Yes ☐ No ☒  (*If yes, list on continuation page.*)

4.    If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):
    Not Applicable

5.    I will accept service by FAX at the above noted number: Yes ☐ No ☒

6.    This case involves support issues: Yes ☐   No ☒  (*If yes, supply social security numbers for all family members on continuation page.*)

7.    There are related cases:  Yes ☐    No ☒

8.    This form has been served on all other parties.  Certificate of Service is attached: Yes ☒ No ☐

9.      Any additional information required by local rule: Not Applicable

*/s/ Christina M. Kamelhair*
Christina M. Kamelhair

Ogletree, Deakins, Nash, Smoak & Stewart
111 Monument Circle, Suite 4600
Indianapolis, Indiana  46204
Telephone:  317.916.1300
Facsimile:   317.916.9076

## CERTIFICATE OF SERVICE

I certify that on November 4, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS), and that the foregoing document was served upon the following person via IEFS:

Aaron J. Williamson
Williamson Civil Law, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
*aaron.williamson@wcivillaw.com*

*/s/ Christina M. Kamelhair*

44841747.1

STATE OF INDIANA              )          IN THE MARION SUPERIOR COURT
                             )
COUNTY OF MARION             )          CAUSE NO. 49D10-2010-CT-036772

DIANNA HENSON,                    )
                                  )
                  Plaintiff,      )
                                  )
        v.                        )
                                  )
UNITED PARCEL SERVICE,            )
                                  )
                  Defendant.      )

## NOTICE OF INITIAL ENLARGEMENT OF TIME

Defendant, United Parcel Service, Inc., by counsel, states a response to Plaintiff's

Complaint is due on November 13, 2020 and hereby tenders notice that the time to respond to

Plaintiff's Complaint is enlarged for thirty (30) days, up to and including December 14, 2020, in

which to move or otherwise plead to Plaintiff's Complaint, in accordance with Indiana Trial Rule

6(B)(1) and LR49-TR5 Rule 203(D).  Defendant has contacted Plaintiff's counsel, who has no

objection to this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


/s/ Theresa R. Parish
Theresa R. Parish, Atty. No. 27996-49
Christina M. Kamelhair, Atty. No. 32457-49
111 Monument Circle, Suite 4600
Indianapolis IN 46204
Tel:  317.916.1300
Fax:  317.916.9076
theresa.parish@ogletreedeakins.com
christina.kamelhair@ogletreedeakins.com

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 4, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS), and that the foregoing document was served upon the following person via IEFS:

Aaron J. Williamson
Williamson Civil Law, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
*aaron.williamson@wcivillaw.com*

*/s/ Theresa R. Parish*

44841781.1

STATE OF INDIANA          )          IN THE MARION SUPERIOR COURT
                          )
COUNTY OF MARION          )          CAUSE NO. 49D10-2010-CT-036772

DIANNA HENSON,            )
                         )
                Plaintiff, )
                         )                    **November 4, 2020**
        v.               )
                         )
UNITED PARCEL SERVICE,   )                    _David J. Dreyer_
                         )                                      JW
                Defendant. )

## NOTICE OF INITIAL ENLARGEMENT OF TIME

Defendant, United Parcel Service, Inc., by counsel, states a response to Plaintiff's Complaint is due on November 13, 2020 and hereby tenders notice that the time to respond to Plaintiff's Complaint is enlarged for thirty (30) days, up to and including December 14, 2020, in which to move or otherwise plead to Plaintiff's Complaint, in accordance with Indiana Trial Rule 6(B)(1) and LR49-TR5 Rule 203(D).  Defendant has contacted Plaintiff's counsel, who has no objection to this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


_/s/ Theresa R. Parish_
Theresa R. Parish, Atty. No. 27996-49
Christina M. Kamelhair, Atty. No. 32457-49
111 Monument Circle, Suite 4600
Indianapolis IN 46204
Tel:  317.916.1300
Fax:  317.916.9076
_theresa.parish@ogletreedeakins.com_
_christina.kamelhair@ogletreedeakins.com_

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 4, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS), and that the foregoing document was served upon the following person via IEFS:

Aaron J. Williamson
Williamson Civil Law, LLC
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
*aaron.williamson@wcivillaw.com*

*/s/ Theresa R. Parish*

44841781.1