IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIANNA HENSON, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:20-cv-03044-JMS-MG |
| UNITED PARCEL SERVICE, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Dianna Henson, by counsel, and Defendant, United Parcel Service, Inc., by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its/her own costs and attorney fees.

Respectfully submitted,

WILLIAMSON CIVIL LAW, LLC

By: *s/ Aaron J. Williamson (w/permission)*
Aaron J. Williamson, Atty. No. 32803-49
8888 Keystone Crossing, Ste. 1300
Indianapolis, IN 46240
Telephone: (317) 434-0370
Facsimile: (765 204-7161
*aaron.williamson@wcivillaw.com*

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Theresa R. Parish*
Theresa R. Parish, Atty. No. 27996-49
Christina M. Kamelhair, Atty. No 32457-49
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*theresa.parish@ogletree.com*
*christina.kamelhair@ogletree.com*

Attorneys for Defendant

48923435.1